UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Lawrence La Spina, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | Civil Action No. 05-1930 (CKK) |
| ) | |
| Constance Reese, *et al.*, ) | |
| ) | |
| Respondents. ) | |

## ORDER DIRECTING TO SHOW CAUSE

This matter comes before the Court upon review of petitioner's *pro se* petition for writ of habeas corpus. It appears that this Court lacks jurisdiction over the petition. Petitioner's prior filings in this Court have been transferred due to lack of jurisdiction. *See La Spina v. United States of America, et al.*, 05-710 (RJL)(D.D.C. Sept. 2, 2005); *La Spina v. United States*, 04-1719 (JDB)(D.D.C. Dec. 21, 2004). Accordingly, it is

ORDERED that Petitioner shall, by November 6, 2005, file with this Court and serve on the respondents a statement showing why the case should not be transferred.

_____
COLLEEN KOLLAR-KOTELLY
United States District Judge

DATE: October 6, 2005