*Courtesy copy for clerk of the court*

## district court of the United States
## District of Columbia

(captioned pursuant to <u>Mookini v. United States</u>, 303 U.S. 201)
(Article III court of law)

| | |
|---|---|
| Lawrence La Spina, | Certified Mail Number |
|    Petitioner, | 7004 0750 0004 4025 3434 |
| v. | Docket No. 05cv01930(CKK) |

Constance Reese - FCI Yazoo, Miss. - Warden/**Agent**
Harley Lappin - Bureau of Prisons Director/**Principal**
_____/

### Notice to Correct or Dismiss

Petitioner has submitted a <u>second</u> Great writ habeas petition pursuant to Title 28 § 2241, attempting to get access to the Article III district court. Petitioner submitted the habeas "Federal Express - Direct Signature Service" which requires the addressee to sign for delivery.

The Great writ petition was sent to the "clerk of the court" which petitioner believes is Nancy Mayer-Whittington. Ms. Mayer-Whittington is the published "Clerk of the Court", so petitioner assumes she wears both hats. The Federal Express delivery included a "Notice to the clerk of the court" giving a caveat that the petitioner must not be denied access to the proper judicial court. A "C. Free" signed for the Federal Express delivery and a Deputy Clerk with the initials (td) docketed the habeas into the non-judicial Court which does not have jurisdiction to address the constitutional issues raised.

It is clear that the entire system has been corrupted almost beyond recognition.

- 1 -

Now the habeas action has once again been assigned to Judge Colleen Kollar-Kotelly who already has demonstrated, that she will not under any circumstances give this petitioner any access to an Article III court to redress his grievance as guaranteed by the First Amendment.

This is a sad day for our country as it is clear that we no longer have a check and balance system actively in place that is easily accessible. When both the Court and the Department of Justice operate for the Executive branch, all the principals our great nation have been built on, have been set aside for a system that will ultimately take away all the rights of the people and reduce our country to the caste system that existed before the revolutionary war. The <u>only</u> protection the Citizens have from a repressive Government is an impartial and honest judiciary. The folks wearing the black robes are appointed for life so that no one can prevent them from upholding the Constitution. Petitioner will not waste his time or this court's time. Pursuant to Title 28 § 1631 the judge can easily do the honorable thing and make sure this petitioner has his day in an Article III court. It can also easily order the record corrected as well.

Petitioner does not know Judge Kollar-Kotelly. Petitioner cannot make her love this country or the Constitution the way he does. Having honor and integrity is a personal choice.

If Judge Kollar-Kotelly will not do the right thing in this matter, then she should simply dismiss the habeas petition due to the Court's lack of jurisdiction to address the manifest constitutional injustice. It is a simple choice.

Failure to correct in this matter will establish "mens rea" and demonstrate that petitioner is being denied lawful access to an Article III court both deliberately and knowingly.

Whatever action this court takes - it should do so quickly. There is no sense in giving this petitioner false hope that he may actually receive a fair and expeditious review of his Great writ petition in an Article III court.

                                              Respectfully submitted,

                                              Lawrence La Spina  
                                              Reg. No. 82781-054  
                                              P.O. Box 5000  
                                              Yazoo City, Miss 39194

cc:    chief judge Tom Hogan  
        clerk, Nancy Mayer-Whittington  
        Deputy Clerk - "(td)"  
        Deputy Clerk - "C. Free"