# Lawrence La Spina

Reg. No. 82781-054, P.O. Box 5000, Yazoo City, Miss 39194-5000

October 3, 2005

Deputy Clerk - "TD"
United States District Court
for the District of Columbia
333 Constitution Avenue, N.W.
Washington, Dist. of Col. 20001

### Notice to Deputy Clerk "(td)"

Dear Sir or Madam,

You may wish to share this Notice with fellow Deputy Clerk's "rje", "dot", "jf", "jpm" and "lc".

As you may or may not be aware, there is in fact a multi-court system. The Deputy Clerks work for the non-judicial, (non-Article III), United States Courts. So does the "Clerk of the Court". A Citizen of the United States, such as this petitioner, must have access to the judicial (Article III) court, by law, to redress grievances regarding the Constitution.

This petitioner seriously doubts that any of the Deputy Clerks have been trained in this regard which is why petitioner keeps sending his habeas petition - "RESTRICTED DELIVERY" to the "clerk of the court".

The capitalization of certain letters makes a very big difference. Do not believe that "Clerk of the Court" and "clerk of the court" mean the same thing. In fact it is possible they may not even be the same person.

Ms. Nancy Mayer-Whittington is the "Clerk of the Court" but this petitioner has no verification that she is also the "clerk of the court". You need to be aware of this fact in order not to be put in the position in the future of obstructing justice.

Sincerely,

Lawrence La Spina