district court of the United States
District of Columbia
(captioned pursuant to Mookini v. U.S., 303 US 201)
(article 3 court of law)

Lawrence La Spina,                                  Docket No. 05-1930(CKK)
      Petitioner,
                                                    Certified Mail Number
v.                                                  7004 2890 0003 7088 5065

Constance Reese - FCI Yazoo, Miss. - Warden/**Agent**
Harley Lappin - Bureau of Prisons Director/**Principal**

_____/

### Request for communication from district court

Judge Richard Leon issued a TRANSFER ORDER on petitioner's 2241 habeas application on September 2, 2005.

Petitioner responded with a "Notice of Nullity" two weeks later pointing out that the Court, judge Leon was attempting to transfer to, does not exist as an Article III court in the Judiciary located at Title 28 § 104.

Petitioner further provided judge Leon with "memorandum opinions" as exhibits in his "Notice of Nullity" where the Court itself, that judge Leon wishes to transfer the case to, admits it does not have jurisdiction.

Judge Leon has never stated that his court does not have jurisdiction and must forthwith rule on petitioner's request for the Great writ. In the alternative the court should state "why" it wishes to transfer the case and only transfer the case to an Article III court that has jurisdiction to address the manifest constitutional injustice the habeas petition raises. Failure to make a lawful determination on the Great writ petition

- 1 -

or to transfer the action to a judicial court which also has
jurisdiction would be a deliberate denial of justice being
committed by the court. Petitioner has received no communication
from the court and this court needs to reply to this request.
The record in this case has been an embarrassment to the entire
judiciary and the legal and political ramifications when this
record is reviewed are yet to be determined.

Respectfully submitted,

Lawrence La Spina
Reg. No. 82781-054
P.O. Box 5000
Yazoo City, Miss. 39194