district court of the United States
District of Columbia
(captioned pursuant to Mookini v. U.S., 203 US 201)
(article 3 court of law)

Lawrence La Spina,

    Petitioner,

v.                              Docket No. 05-1930(CKK)

Constance Reese et al,

    Respondents.
_____/

---

### Notice to correct clerical error made by petitioner

---

Petitioner inadvertantly confused the docket numbers on two recent filings. Petitioner filed a **"Request for communication from district court"** into judge Kollar-Kotelly's court under docket No. 05-1930, which should have been <u>correctly</u> <u>filed</u> into judge Leon's court under docket No. 05-710.

Simultaneously, petitioner filed a **"Response to Court's Show Cause Order"** into judge Leon's court under docket No. 05-710, which should have been <u>correctly</u> <u>filed</u> into judge Kollar-Kotelly's court under docket No. 05-1930.

Petitioner has resubmitted the "Response to Court's Show Cause Order" directly to docket No. 05-1930(CKK) and this notice to correct is being filed into both docket numbers.

Petitioner apologizes for any inconvenience caused. Sworn to as all facts being true this 27th day of October, 2005.

                                              */s/ Lawrence La Spina*
                                              Lawrence La Spina
                                              Reg. No. 82781-054 / 2BU
                                              2225 Haley Barbour Parkway
                                              P.O. Box 5000
                                              Yazoo City, Miss. 39194