UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Lawrence La Spina, )<br>)<br>Petitioner, )<br>)<br>v. )<br>)<br>Constance Reese, *et al.*, )<br>)<br>Respondents. ) | Civil Action No. 05-1930 (CKK) |

**TRANSFER ORDER**

This matter comes before the Court upon review of petitioner's *pro se* petition for writ of habeas corpus. Petitioner is incarcerated at the Federal Correctional Institution in Yazoo, Mississippi. The Court issued an order directing Petitioner to show cause why the case should not be transferred due to lack of jurisdiction. Petitioner has filed his response.

Habeas corpus jurisdiction resides only in the district court where the prisoner is incarcerated *Padilla v. Rumsfeld*, 542 U.S. 426, 443 (2004). The warden where the petitioner resides is the custodian for purposes of habeas jurisdiction. *Stokes v. U.S. Parole Comm'n*, 374 F.3d 1235, 1238 (D.C. Cir.), *cert. denied*, 125 S.Ct. 448 (2004); *Blair-Bey v. Quick*, 151 F.3d 1036, 1039 (D.C. Cir. 1998). For this reason, Petitioner's prior habeas corpus filings in this Court have been transferred due to lack of jurisdiction. *See La Spina v. United States of America, et al.*, 05-710 (RJL)(D.D.C. Sept. 2, 2005); *La Spina v. United States*, 04-1719 (JDB)(D.D.C. Dec. 21, 2004). Accordingly, it is

**ORDERED** that this case is **TRANSFERRED** to the United States District Court for

the Southern District of Mississippi.

                                                 _____
COLLEEN KOLLAR-KOTELLY
United States District Judge

DATE: December 13, 2005