district court of the United States
District of Columbia
(captioned pursuant to <u>Mookini v. United States</u>, 303 U.S. 201)
(Article III court of law)

Lawrence La Spina,

    Petitioner,

v.

Constance Reese - FCI Yazoo, Miss. --Warden/Agent
Harley Lappin - Bureau of Prisons Director/Principal

    Respondent(s).

Case No. 05cv1930(CKK)

Certfied Mail No.
7004 0750 0004 4025 0235

## Request For Determination

    This court issued a Show Cause Order directing this petitioner to respond within thirty days on October 6, 2005. Petitioner promptly replied to the Order over a month ago and there has been no further communication from the court.

    Petitioner, herein, requests this court to take jursidiction and make a judicial decision on the constitutional issues raised in petitioner's request for the Great Writ forthwith. At a minimum the court shpuld at least inform this petitioner as to the "status" of his habeas petition.

Respectfully submitted,

*[signature]*

Lawrence La Spina - #82781-054
2225 Haley Barbour Pkwy/PO Box 5000
Yazoo City, Miss. 39194

December 12, 2005