UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **LAWRENCE LA SPINA,** ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | Civil Action No. 05-1930 (CKK) |
| ) | |
| **CONSTANCE REESE, et al.,** ) | |
| ) | |
| Respondents. ) | |

### ORDER

Petitioner, proceeding *pro se*, filed a petition for writ of habeas corpus. Before the Court is Petitioner's motion for reconsideration of the Court's order transferring the case to the Southern District of Mississippi, the judicial district where petitioner is confined. Petitioner's appeal of the transfer order is currently pending in the Court of Appeals for the District of Columbia Circuit in Case No. 06-5006.

The filing of a notice of appeal divests the district court of jurisdiction over those aspects of the case involved in the appeal. *United States v. DeFries*, 129 F.3d 1293, 1302 (D.C. Cir. 1997). Assuming that Petitioner's motion is intended to be one to alter or amend judgment it is untimely under Rule 59(e) of the Federal Rules of Civil Procedure. Moreover, the Court cannot render a decision on a motion brought pursuant to Fed. R. Civ. P. 60(b) during the pendency of the appeal. *Hoai v. Vo*, 935 F.2d 308, 312 (D.C. Cir. 1991), *cert. denied*, 503 U.S. 967 (1992).[1] Accordingly, it is

---

[1] Even if the Court had the authority to rule on the motion, plaintiff has raised no arguments that would cause the Court alter the decision to transfer.

**ORDERED** that Petitioner's motion for reconsideration [11] is **DENIED**.

                                                                      _____
                                                                      COLLEEN KOLLAR-KOTELLY
                                                                      United States District Judge

DATE: April 28, 2006