# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

No. 06-5005 September Term, 2005

05cv01930

Filed On:

In re: Lawrence La Spina,
   Petitioner

**BEFORE:** Ginsburg, Chief Judge, and Garland and Brown, Circuit Judges

## ORDER

Upon consideration of the notice of appeal, which the court has construed as a petition for writ of mandamus, the memorandum of law and fact in support thereof, and the motion for an expeditious determination, it is

**ORDERED** that the petition for writ of mandamus be denied. A writ of mandamus will issue to block a transfer only upon a showing that the district court grossly abused its discretion. See In re Tripati, 836 F.2d 1406, 1407 (D.C. Cir. 1988) (per curiam). Petitioner's request "for the Great Writ of Habeas Corpus Pursuant to Title 28 U.S.C. § 2241" must be brought in the judicial district that has jurisdiction over his custodian. See Rumsfeld v. Padilla, 542 U.S. 426 (2004); Stokes v. United States Parole Commission, 374 F.3d 1235 (D.C. Cir. 2004). Accordingly, the district court did not abuse its discretion in transferring the case to the United States District Court for the Southern District of Mississippi. See 28 U.S.C. § 2241(b). It is

**FURTHER ORDERED** that the motion for expedition be dismissed as moot.

Pursuant to D.C. Circuit Rule 36, this disposition will not be published.

Per Curiam

UNITED STATES COURT OF APPEALS
FOR DISTRICT OF COLUMBIA CIRCUIT

FILED MAY 2 2 2006

CLERK

A True copy:

United States Court of Appeals
for the District of Columbia Circuit

By: _____ Deputy Clerk